J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Email: cjorgensen@lrrc.com

*Attorneys for Defendant
Barclays Bank Delaware*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Deborah Zimmerman,<br><br>Plaintiff,<br><br>vs.<br><br>ACCTCORP OF SOUTHERN NEVADA, INC.; BARCLAYS BANK DELAWARE; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and VONS CREDIT UNION,<br><br>Defendants. | Case No.: 2:18-cv-00015-APG-NJK<br><br>**STIPULATION TO EXTEND DEFENDANT BARCLAYS BANK DELAWARE'S TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Compl. Filed: January 4, 2018<br><br>Hon. Judge Andrew P. Gordon<br>Hon. Magistrate Judge Nancy J. Koppe |

This Stipulation to Extend Time to Respond to Complaint is made by and between Plaintiff Deborah Zimmerman ("Plaintiff") and Defendant Barclays Bank Delaware ("Barclays") through their respective counsel, in light of the following facts:

RECITALS

A. Plaintiff filed the Complaint ("Complaint") against Barclays on or about January 4, 2018.

B. Barclays was served with the Complaint on January 9, 2018.

C. Barclays' current deadline to respond is January 30, 2018.

D. The parties agreed to extend Barclays' time to respond to the Complaint through February 27, 2018, in order to give Barclays time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

103344567_1

E. There is good cause to grant this stipulation because Barclays requires additional time to investigate Plaintiff's claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

F. Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and Barclays respectfully request that the Court extend Barclays' time to respond to Plaintiff's Complaint through February 27, 2018.

## **STIPULATION**

NOW, THEREFORE, Plaintiff and Barclays hereby stipulate and agree that Barclays has up to and including February 27, 2018, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: January 24, 2018 | DATED: January 25, 2018 |
| KNEPPER & CLARK LLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By: */s/ Miles Clark*<br>Matthew I. Knepper (NV Bar: 12796)<br>Miles Clark (NV Bar: 13848)<br>10040 W. Cheyenne Ave., Ste. 170-109<br>Las Vegas, NV 89129<br>Phone: (702) 825-6060<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>David H. Krieger (NV Bar: 9086)<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Ste. 350<br>Henderson, Nevada 891123<br>Phone: (702) 880-5554<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff*<br>*Deborah Zimmerman* | By: */s/ J Christopher Jorgenson*<br>J Christopher Jorgensen (NV Bar: 5382)<br>3993 Howard Hughes Pkwy., Ste. 600<br>Las Vegas, NV 89169<br>Phone: (702) 949-8200<br>cjorgensen@lrrc.com<br><br>*Attorneys for Defendant*<br>*Barclays Bank Delaware* |

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED January 26, 2018

103344567_1