Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH ZIMMERMAN,<br><br>Plaintiff,<br><br>vs.<br><br>ACCTCORP OF SOUTHERN NEVADA, INC.; BARCLAYS BANK DELAWARE; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and VONS CREDIT UNION,<br><br>Defendants. | Case No. 2:18-cv-00015-APG-NJK<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move, or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 29, 2018 through and including **February 19, 2018**. The request was made by Equifax in good faith and that Plaintiff approves. The parties are discussing settlement of this matter, and Equifax requests additional time to attempt to negotiate with Plaintiff. This stipulation is filed in good faith and not intended to cause delay.

///

Respectfully submitted, this 30th day of January, 2018.

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy, Suite 1100
Fax: 702-784-5252
Email: baustin@swlaw.com
*Attorneys for Defendant*
*Equifax Information Services LLC*

***No opposition***

/s/ *Miles Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Avenue
Suite 170-109
Las Vegas, NV 89129
Phone: 702.825.6060
FAX: 702.447.8048
Email: matthew.knepper@knepperclark.com

/s/ *David Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: January 30, 2018

4832-0173-0651

- 2 -