**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
Email: Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH ZIMMERMAN, <br><br> Plaintiff, <br><br> v. <br><br> ACCTCORP OF SOUTHERN NEVADA, INC., BARCLAYS BANK DELAWARE, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, and VONS CREDIT UNION, <br><br> Defendants. | Case No. 2:18-cv-00015-APG-NJK <br><br> **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Deborah Zimmerman ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On January 04, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is January 29, 2018. Trans Union needs additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including February 28, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including February 28, 2018.

DATED: January 29, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Jason G. Revzin
**JASON G. REVZIN**
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
Email: Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

/s/ Miles N. Clark
**DAVID H. KRIEGER**
dkrieger@hainesandkrieger.com
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
and
Matthew I. Knepper
matthew.knepper@knepperclark.com
Miles N. Clark
miles.clark@knepperclark.com
Knepper & Clark, LLC
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129
*Counsel for Plaintiff*

IT IS SO ORDERED:

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: January 31, 2018

4846-2136-7387.1

2