1  CARLETON R. BURCH
   Nevada Bar #10527
2    crb@amclaw.com
   SUE TRAZIG CAVACO
3  Nevada Bar #6150
     stc@amclaw.com
4  ANDERSON, McPHARLIN & CONNERS LLP
   601 South Seventh Street
5  Las Vegas, Nevada 89101
   Telephone: (702) 479-1010
6  Facsimile: (702) 479-1025

7  Attorneys for Defendant, VONS CREDIT
   UNION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH ZIMMERMAN,<br><br>  Plaintiff,<br><br>vs.<br><br>ACCTCORP OF SOUTHERN NEVADA, INC.; BARCLAYS BANK DELAWARE; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and VONS CREDIT UNION,<br><br>  Defendants. | Case No. 2:18-cv-00015-APG-NJK<br><br>**PLAINTIFF AND VONS CREDIT UNION'S STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Deborah Zimmerman ("Plaintiff") and Defendant Vons Credit Union ("Credit Union"), by and through their attorneys, hereby stipulate to extend the time for Vons Credit Union to respond to Plaintiff's Complaint.

WHEREAS, counsel for Credit Union was only recently retained, and requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response.

WHEREAS, Plaintiff and Credit Union agree to extend the Credit Union's time to respond to Plaintiff's Complaint until Tuesday, February 27, 2018.

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Credit Union that Credit Union shall respond to Plaintiff's Complaint on or before Tuesday, February 27, 2018.

DATED this 8th day of February, 2018.

ANDERSON, McPHARLIN & CONNERS LLP

By  */s/ Sue Trazig Cavaco*
Carleton R. Burch, Esq.
Nevada Bar No. 10527
Sue Trazig Cavaco, Esq.
Nevada Bar No. 6150
601 South Seventh Street
Las Vegas, Nevada 89101
Attorneys for Defendant, VONS CREDIT UNION

DATED this 8th day of February, 2018.

KNEPPER & CLARK, LLC

By  */s/ Miles N. Clark*
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 West Cheyenne Avenue, Suite 170-109
Las Vegas, Nevada 89129
Attorneys for Plaintiff, DEBORAH ZIMMERMAN

**Attestation of Concurrence**

I, Sue Trazig Cavaco, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from Miles Clark.

DATED this 8th day of February, 2018.   */s/ Sue Trazig Cavaco*
Sue Trazig Cavaco

/ / /

/ / /

/ / /

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
601 S. SEVENTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 479-1010 • FAX (702) 479-1025

## ORDER

**IT IS ORDERED THAT** Vons Credit Union shall respond to Plaintiff's Complaint on or before Tuesday, February 27, 2018.

**IT IS SO ORDERED.**

DATED: February 9, 2018.

_____
United States Magistrate Judge