David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORHA ZIMMERMAN,<br><br>PLAINTIFF,<br>v.<br><br>RICHLAND HOLDINGS, INC. D/B/A/ ACCTCORP OF SOUTHERN NEVADA, INC.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; AND VONS CREDIT UNION,<br><br>DEFENDANTS. | Civil Action No.: 18-cv-15-APG-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>**(FIRST REQUEST)** |

In accordance with LR 7-1(a), the plaintiff, Deborah Zimmerman, and defendants, Experian Information Solutions, Inc. ("Experian") and Trans Union, LLC ("Trans Union"), stipulate as follows:

STIPULATION TO EXTEND TIME [FIRST REQUEST] - 1

1. On March 2, 2018, Plaintiff filed a First Amended Complaint in response to Trans Union's Motion to Dismiss. ECF Dkt. 23, 24.

2. On March 16, 2018, Experian filed a Motion to Strike the First Amended Complaint ("Motion"). ECF Dkt. 26. Responses are currently due by March 30, 2018.

3. Plaintiff desires an additional 14 days to respond to the Motion, from March 30, 2018 to April 13, 2018. This will permit Plaintiff additional time to investigate the issues related to the Motion, as well as facilitate Experian and Plaintiff's ongoing attempts to resolve the claims between them without unnecessarily burdening the Court.

4. Accordingly, the parties stipulate that Plaintiff shall have up to and including April 13, 2018, to file a response to the Motion.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION TO EXTEND TIME [FIRST REQUEST] - 2

5. This is the first request to extend Plaintiff's deadline to respond to the Motion. It is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated March 29, 2018.

| | |
|---|---|
| /s/ *Andrew J. Sharples*<br>Jennifer L. Braster, Esq.<br>Andrew J. Sharples, Esq.<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br>*Counsel for Experian Information Solutions, Inc.* | /s/ *Jason Revzin*<br>Jason Revzin, Esq.<br>Nevada Bar No. 8629<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: jason.revzin@lewisbrisbois.com<br>*Counsel for Defendant Trans Union, LLC* |
| /s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiffs* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: March 29, 2018

STIPULATION TO EXTEND TIME [FIRST REQUEST] - 3