# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH ZIMMERMAN,<br><br>             Plaintiff(s),<br><br>v.<br><br>ACCTCORP OF SOUTHERN NEVADA, INC., et al.,<br><br>             Defendant(s). | Case No. 2:18-cv-00015-APG-NJK<br><br>ORDER<br><br>(Docket No. 41) |

      Before the Court is Plaintiff and Defendant Trans Union, LLC's notice of settlement. Docket No. 41. The Court **ORDERS** these parties to file a stipulation of dismissal no later than July 2, 2018.

      IT IS SO ORDERED.

      DATED: May 1, 2018

                                            NANCY J. KOPPE<br>                                            United States Magistrate Judge