# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBORAH ZIMMERMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ACCTCORP OF SOUTHERN NEVADA, INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00015-APG-NJK<br><br>**ORDER GRANTING UNOPPOSED MOTION TO AMEND AND DENYING MOTION TO STRIKE AS MOOT**<br><br>(ECF Nos. 26, 42) |

IT IS ORDERED that plaintiff Deborah Zimmerman's motion for leave to file a second amended complaint **(ECF No. 42) is GRANTED** as unopposed. LR 7-2(d).

IT IS FURTHER ORDERED that the motion to strike **(ECF No. 26) is DENIED as moot** because it is directed at the first amended complaint.

DATED this 22nd day of May, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE