Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH ZIMMERMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>ACCTCORP OF SOUTHERN NEVADA, INC.; BARCLAYS BANK DELAWARE; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; AND VONS CREDIT UNION,<br><br>        Defendants. | Case No.: 2:18-cv-00015-APG-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF VONS CREDIT UNION WITH PREJUDICE** |

/ / /

NOTICE OF VOLUNTARY DISMISSAL OF VONS CREDIT UNION WITH PREJUDICE - 1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Deborah Zimmerman hereby dismisses all of her claims against VONS CREDIT UNION, in this case with prejudice, on the merits, and without costs or disbursements to any party.

Dated this 23rd of May, 2018.

/s/ *Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

## ORDER GRANTING VOLUNTARY DISMISSAL OF VONS CREDIT UNION WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 25th day of May 2018.