Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEBORAH ZIMMERMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 2:18-cv-00015-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT [FIRST REQUEST]** |

Plaintiff Deborah Zimmerman ("Plaintiff"), and Defendant Experian Information Solutions, Inc., ("Experian"), by and through their counsel of record, have agreed and stipulated to the following:

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT [FIRST REQUEST] - 1

1. On November 21, 2018, Plaintiff filed a Motion for Leave to File Third Amended Complaint [ECF Dkt. 82].

2. On November 21, 2018, Plaintiff filed a Declaration in Support of Service Method stating that plaintiff's counsel would send an unredacted copy of the sealed material by email in lieu of service of paper copies [ECF Dkt. 85].

3. Plaintiff inadvertently failed to serve the unredacted copy of her filing on Experian until November 27, 2018.

4. As a result, Plaintiff and Experian agree that the deadline for Experian's response to the motion should be fourteen days from the date of service of the unredacted copy—namely, December 12, 2018—to allow Experian sufficient time to respond to the motion. Plaintiff and Experian therefore request that the Court set the deadline for Experian to respond to Plaintiff's Motion For Leave to File Third Amended Complaint on **December 12, 2018**. This stipulation is //

//

//

//

//

//

//

//

//

//

made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

Dated November 27, 2018.

| /s/ *Miles N. Clark* | /s/ *Jennifer L. Braster* |
|---|---|
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| KNEPPER & CLARK LLC | NAYLOR & BRASTER |
| 10040 W. Cheyenne Ave., Suite 170-109 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89129 | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| Email: miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | |
| David H. Krieger, Esq. | Cheryl l. O'Connor, Esq. (*Pro Hac Vice*) |
| Nevada Bar No. 9086 | Ryan D. Ball, Esq. (*Pro Hac Vice*) |
| HAINES & KRIEGER, LLC | JONES DAY |
| 8985 S. Eastern Avenue, Suite 350 | 3161 Michelson Drive, Suite 800 |
| Henderson, Nevada 89123 | Irvine, CA 92612 |
| | Email: coconnor@jonesday.com |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendant* |
| | *Experian Information Solutions, Inc.* |

*Zimmerman v. Acctcorp of Southern Nevada, Inc. et al*
2:18-cv-00015-APG-NJK

**ORDER GRANTING**
**STIPULATION TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 28, 2018